IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:20-cv-00650-FDW-DSC

ERIC DARDEN )
 )
              Plaintiff(s), )
v. )
 )
PORTFOLIO RECOVERY ASSOCIATES, LLC )
and PRA GROUP, INC. )
              Defendant(s). )

### DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
### OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
### WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

**PRA GROUP, INC.** who is **defendant**
*(Name of Party)*                                             *(Plaintiff / moving party or defendant)*
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   [✔] Yes      [ ] No

2. Does the party have any parent corporations?
   [ ] Yes      [✔] No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   [ ] Yes      [✔] No

   If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☒ No

   If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
   ☐ Yes   ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

s/ **Caren D. Enloe**   **2/1/2021**
Signature of Attorney   Date

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. The undersigned further certifies that a copy of the foregoing was served via first class mail, postage prepaid upon the following:

Eric Darden
1800-107 Camden Road #197
Charlotte, NC 28203

*Plaintiff*

This the 1st day of February, 2021

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124
cenloe@smithdebnamlaw.com

*Counsel for Portfolio Recovery Associates, LLC and PRA Group, Inc.*